IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CHRISTOPHER JARET ELTING,               )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )
MINNESOTA LIFE INSURANCE                )
COMPANY,                                )
                                        )
            Defendant.                  )    Civil Action No. 1:20-CV-030-C

## ORDER

On this day, the Court considered the Parties' Stipulation of Dismissal with Prejudice,

filed August 14, 2020.

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and

-numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against

the party incurring the same.

SO ORDERED this 24th day of August, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE