IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JARET ELTING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MINNESOTA LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 1:20-CV-030-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered

civil action be **DISMISSED** with prejudice.

SIGNED this _24ᵗʰ_ day of August, 2020.

_____

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE